**Petition on Supervised Release**
**Page 2**
**RE: Jones, Matthew D.**

Case: 1:24-mj-00052
Assigned To : Harvey, G. Michael
Assign. Date : 2/8/2024
Description: Arrest Rule (5)

**OFFENSE:**   Conspiracy to Commit Theft of Firearms from Federal Firearms Licensees

**SENTENCE:** The defendant was sentenced to the custody of the Bureau of Prisons for a period of sixty (60) months, credit for time served, followed by a three (3) year term of supervised release. The following special conditions were imposed: 1) The defendant shall pay restitution in the amount of $25,562.36, due and payable immediately and in equal monthly payments of at least $50, jointly and severally with co-conspirators Preston G. Holmes, III, case 1:17-CR-00067-001, and Daniel L. Quarles, case 1:17-CR-00065-001, to begin 60 days of release from custody; 2) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation officer; 3) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment and follow the treatment provider's recommendation regarding the taking of any medication. The costs of these programs are to be paid by the defendant as directed by the Probation Officer; 4) The defendant shall provide the probation officer access to any requested financial information; 5) The defendant shall apply monies received from income tax refunds, lottery winnings, inheritances, judgements, and any anticipated or unexpected financial gains to the outstanding court ordered obligation; or in a lesser amount to be determined by the Court upon the recommendation of the probation officer; 6) The defendant shall waive all rights of confidentiality regarding substance abuse and mental health treatment, in order to allow the release of information to the probation officer and authorize the communication between the probation officer and the treatment provider(s); and 7) The defendant shall pay a $100 special assessment fee.

On July 27, 2022, the defendant's supervision was revoked and a new two (2) year term of supervised release was imposed, with the same terms and conditions as previously ordered.

**ADJUSTMENT TO SUPERVISION:** The defendant's previous term of supervised release commenced on July 30, 2021. His new term of supervision commenced on July 27, 2022. Mr. Jones adjustment to supervision has been marginal. The defendant paid the special assessment fee on September 19, 2019. The defendant has paid $436.96 towards restitution, which includes payments made while incarcerated. There is a remaining restitution balance of $25,125.40. As outlined in the previous petition, the defendant has not been compliant with restitution payments.

The defendant lives with a family friend in Laurel, Maryland. Mr. Jones was employed with Sir Wax A Lot in Capital Heights, Maryland, from December 31, 2021, through May 2, 2022. He reported he was fired after getting into an argument with his employer. Mr. Jones failed to report this change in employment to the probation office. He was unemployed for approximately one (1) month, and obtained employment on May 31, 2022, with Popeye's Louisiana Kitchen in Seat Pleasant, Maryland. On August 18, 2022, the defendant advised he quit Popeye's on August 17, 2022, without another job arranged. As of this writing, Mr. Jones is unemployed.

On September 8, 2021, Mr. Jones participated in a mental health and substance abuse evaluation with the Arlington County Department of Human Services, and this officer was advised the defendant did not meet the criteria for treatment services. However, as outlined in the previous violation, Mr. Jones submitted urine screens which yielded positive results for the use of marijuana. Therefore, this officer referred the defendant for another evaluation with National Counseling Group (NCG), which he attended on October 10, 2021. NCG recommended both individual and group substance abuse treatment. Mr. Jones' compliance with treatment has fluctuated over time. The defendant is on the random drug testing program through the probation office. Aside from the positive urine screen outlined in this petition, all drug tests submitted since November 2021 have

Case 1:17-cr-00067-AJT   Document 232   Filed 08/26/22   Page 4 of 4 PageID# 1783

**Petition on Supervised Release**
**Page 4**
**RE: Jones, Matthew D.**

**SPECIAL CONDITION 2:**     **FAILURE TO ATTEND SUBSTANCE ABUSE TREATMENT AS DIRECTED.**

Mr. Jones failed to attend substance abuse group with NCG on August 6, 2022.

EPM/bc